[No. 23093–0–I.   Division One.   April 24, 1989.]

DAVID CHARLES SHERIDAN, *Appellant,* v. KITSAP COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–15531–9, Gary M. Little, J., entered April

27, 1987. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Coleman, C.J., and Webster, J.